**Dismiss and Opinion Filed October 28, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00404-CV

## DARYL DAVIS, Appellant
## V.
## LATOYA DAVIS, Appellee

**On Appeal from the 360th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 360-712838-22**

## MEMORANDUM OPINION
Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Molberg

Before the Court is appellant's unopposed motion to dismiss this appeal with each party bearing its own costs.[1]  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).

240404f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE

---

[1] Pursuant to its docket equalization authority, the Texas Supreme Court transferred the appeal from the Court of Appeals for the Second District to this Court.  *See* TEX. GOV'T CODE ANN. § 73.001.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DARYL DAVIS, Appellant

No. 05-24-00404-CV     V.

LATOYA DAVIS, Appellee

On Appeal from the 360th District Court, Tarrant County, Texas
Trial Court Cause No. 360-712838-22.
Opinion delivered by Justice Molberg, Justices Breedlove and Kennedy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 28th day of October, 2024.